DENHOF V CHALLA, No. 152195; reported below: 311 Mich App 499.

CLAY V DOE, No. 152198; reported below: 311 Mich App 359.

PEOPLE V STEVENS, No. 152235; Court of Appeals No. 320489.

GARCIA V WEST SHORE MEDICAL CENTER, No. 152245; Court of Appeals No. 320781.

PEOPLE V HOLMAN, No. 152256; Court of Appeals No. 321918.

PEOPLE V GOGINS, No. 152264; Court of Appeals No. 325682.

PEOPLE V TYRONE SMITH, No. 152272; Court of Appeals No. 319977.

PEOPLE V HOGAN, No. 152286; Court of Appeals No. 327757.

PEOPLE V FARHAT, No. 152309; Court of Appeals No. 321847.

PEOPLE V WHEAT, No. 152316; Court of Appeals No. 327921.

PEOPLE V HUTCHISON, No. 152324; Court of Appeals No. 327790.

LALONE V RIEDSTRA DAIRY LTD, No. 152337; Court of Appeals No. 320774.

MURPHY-DUBAY V DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS, Nos. 152348 and 152349; reported below: 311 Mich App 539.

PEOPLE V EDWIN JAMERSON, No. 152352; Court of Appeals No. 328439.

PEOPLE V SHACKLEFORD, No. 152362; Court of Appeals No. 328051.

CARROLL V DEPARTMENT OF CORRECTIONS, No. 152379; Court of Appeals No. 328204.

PEOPLE V PITTMAN, No. 152381; Court of Appeals No. 317461.

PEOPLE V WINTERS, No. 152386; Court of Appeals No. 320739.

PEOPLE V DIXON, No. 152393; Court of Appeals No. 317219.

PEOPLE V BETLEM, No. 152395; Court of Appeals No. 320690.

PEOPLE V SHINE, No. 152398; Court of Appeals No. 321763.

PEOPLE V SNETHKAMP, No. 152415; Court of Appeals No. 328183.

PEOPLE V ROLLINS, No. 152438; Court of Appeals No. 321488.

PEOPLE V HUMPHRIES, No. 152440; Court of Appeals No. 320633.

PEOPLE V CASTEEL, No. 152446; Court of Appeals No. 321340.

PEOPLE V TROY JONES, No. 152447; Court of Appeals No. 327228.

PEOPLE V DICKENS, No. 152449; Court of Appeals No. 321377.

PEOPLE V CRONK, No. 152468; Court of Appeals No. 321286.